LENA CANTER et al., Respondents, v. FRANK ARANOW, Appellant.— In an action in the City Court of the City of New York, County of Kings, to recover

upon an account stated, the order of the Appellate Term, reversing a judgment entered upon the dismissal of the complaint at the close of the plaintiffs' case and granting a new trial, is unanimously affirmed. Pursuant to appellant's stipulation, judgment absolute is awarded to respondents, with costs in all courts. No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Aldrich, JJ. [181 Misc. 947.] [See 268 App. Div. 860.]